# EXHIBIT A



United States Warehouse Act
Grain Inspection and Weight Certificate
Not Negotiable

**ORIGINAL TICKET**

BIN NUMBER:    SPOT @ 9.01
Scale Ticket:    H118144
TRUCK        INBOUND
Shipment Date:    10/12/2016

(Inspection not valid for purposes of the United States Grain Standards Act)

Customer:    102257

GOLDEN GRAIN FARMS

C/O BILLING

3957 108TH STREET, SE

CALEDONIA  MI  49316

Federal License No: 3-9998

CHS

4634 E WASHINGTON ST

HAMILTON MI 49419

866/446-0038

G: Sc / T: Sc

| | | Commodity: | SOYBEANS | | U.S. Grade: | 1 |
|---|---|---|---|---|---|---|
| Gross Weight: | 16,860 | 10/12/2016 | 5:25 PM | | Driver On: | N |
| Tare Weight: | 8,080 | 10/12/2016 | 5:46 PM | | | |
| Net Weight: | 8,780 | | | | Vehicle ID: RED TRUCK | |
| | | | | | Carrier: | |

| | BUSHELS | | | |
|---|---|---|---|---|
| Gross: | | MOISTURE | 13.50 | |
| | 146.33 | TEST WEIGHT | 56.54 | |
| Shrink: | 1.02 | FOREIGN MATERIAL | 0.12 | |
| Net: | 145.31 | | | |

| NAME ID | CUSTOMER | % | EXPECTED APPLICATION | Gross Bushels | Net Bushels |
|---|---|---|---|---|---|
| 102257 | GOLDEN GRAIN FARMS | 100.00  % | On Hold | 146.33 | 145.31 |

---

**Transportation Declaration**

Previous Load:    SOYBEANS                    Type of Cleanout:    DUMP

I certify that I did not haul restricted use protein products (RUPP) as shown on the list below before loading my truck/trailer with product for Hamilton Feed:

Meat, Dehydrated Garbage, Animal Liver, Dried Meat Solubles, Meat By-products, Meat Meal, Meat & Bone Meal, Fleshings Hydrolysate,
Meat Meal Tankage, Meat & Bone Meal Tankage, Animal By-product Meal, Hydrolyzed Leather Meal, Extracted Glandular Meal, Cooked Bone marrow,
Leather Hydrolysate, Animal Digest, Mechanically Separated Bone Marrow, Stock, Meat Protein Isolate, Bone Meal (steamed), Hydrolyzed Hair,
Bone Meal (cooked), Dehydrated Food-waste, Glandular Meal, Unborn Calf Carcasses, Animal Waste or Litter

Did your trailer contain any of the above products on load prior to delivery to Hamilton Feed?  Yes_____  No  X
If Yes, did you: Cleaned Out truck _____    Did not clean out truck _____
If you marked "cleaned out truck", you must provide a copy of your Clean-Out Certificate.
If you marked "did not clean out Truck" or can't provide Clean Out Certificate, the load will be rejected.

I verify that the above-identified truck/trailer meets cleanliness requirements for handling food and feed products:

Driver (Print):_____    Driver Signature:_____    Receiver on behalf of HFB:_____

I hereby certify that I hold a license under the United States Warehouse Act & the regulations for grain warehouses thereunder, to inspect, grade and weigh
the kind of grain covered by this certificate; that on the date and at the above place I inspected graded and weighed the following lot or parcel of grain
stored or to be stored in the CHS Elevator of Hamilton, Michigan, a warehouse licensed under Act and regulations; and that the grade
of said grain according to the Official Grain Standards of the United States, and the net weight thereof, including dockage, if any, were as stated hereon.

By:_____

Licensed Inspector/Weigher



| | CHS | | |
|---|---|---|---|
| | 4634 E Washington St | **Voucher Number:** | WA8014 |
| | Hamilton MI 49419 | Voucher Date: | 10/13/2016 |
| | 866-446-0038 | Due Date: | 10/13/2016 |

| | | Customer: | 102257 |
|---|---|---|---|
| Customer: | GOLDEN GRAIN FARMS | Settlement: | XA7239-P |
| | C/O BILLING | Scale Ticket: | H11814401 |
| | 3957 108TH STREET, SE | Date Shipped: | 10/12/2016 |
| | CALEDONIA  MI  49316 | Vehicle ID: | RED TRUCK |
| | | | Page:  1 of 1 |

## YELLOW SOYBEANS

| Contract | Delivery Sheet | BUSHELS | Price | Extension |
|---|---|---|---|---|
| S006263-01 | TA6860-01 | 145.3057 | 9.01000 | $1,309.20 |
| TOTALS | | 145.3057 | | $1,309.20 |

| | | |
|---|---|---|
| STATE OF MI ASSESSMENT | | -$2.81 |
| DRYING CHARGE | | -$4.39 |
| CHECK OFF | | -$6.55 |

We Appreciate Your Business!

| **Voucher Amount:** | $1,295.45 |
|---|---|
| DUE UPON RECEIPT | |
| Due Date: | 10/13/2016 |

 **CHS**

CHS
4634 E Washington St
Hamilton MI 49419
866-446-0038

**Settlement Number:** XA7239-P

FINAL          PURCHASE
Settlement Date:    10/13/2016
Customer:         102257

Customer:   GOLDEN GRAIN FARMS
C/O BILLING
3957 108TH STREET, SE
CALEDONIA MI 49316

**YELLOW SOYBEANS**

Page 1 of 1

| Contract | Delivery Sheet | BUSHELS | Price | Extension |
|---|---|---|---|---|
| S006263-01 | TA6860-01 | 145.3057 | 9.01000 | $1,309.20 |
| TOTALS | | 145.3057 | | $1,309.20 |

| | | |
|---|---|---|
| STATE OF MI ASSESSMENT | | -$2.81 |
| DRYING CHARGE | | -$4.39 |
| CHECK OFF | | -$6.55 |
| SETTLEMENT AMOUNT | | $1,295.45 |

| VOUCHER | WA8014 | GOLDEN GRAIN FARMS | $1,295.45 |
|---|---|---|---|

We Appreciate Your Business!

| | |
|---|---|
| Gross | 146.3300 |
| Disc. | 1.0243 |
| Net BU | 145.3057 |

| | |
|---|---|
| Extended Amount | $1,309.20 |
| Dollar Deductions | -$13.75 |
| Settlement Amount | $1,295.45 |

---

**Open Contracts:**

| Commodity | Loc | Contract | Delivery Date | Due Date | Remaining Quantity | Price |
|---|---|---|---|---|---|---|
| | | | | | *** No Open Contracts | |

**Delivered Balance:**

| Commodity | Loc | | Open Storage | Warehouse Receipt | Grain Bank | Hold | DP | Unpaid |
|---|---|---|---|---|---|---|---|---|
| YELLOW SOYBEANS | 710 | BU | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 145.3057 |

**CHS**

CHS
4634 E Washington St
Hamilton MI 49419
866-446-0038

| Delivery Sheet: | 710-TA6860 |
|---|---|
| | Purchase |
| Date: | 10/13/2016 |
| Customer: | 102257 |

Customer:   GOLDEN GRAIN FARMS
C/O BILLING
3957 108TH STREET, SE
CALEDONIA  MI  49316

**YELLOW SOYBEANS**

269-751-8898

| Ticket | Date | Vehicle ID | Other Ref # | Weight | % | Bushels | Net | Type | Factor | Rate | Amount | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | H118144-01 | 10/12/2016 | RED TRUCK | SPOT @ 9.01 | 8,780 | 100 | 146.3300 | 145.3057 | MO 1 | 13.50 | 0.7 % | -1.0243 | 9.01000 |
| | | | | | | | | | TW 1 | 56.54 | | | |
| | | | | | | | | | FM 1 | 0.12 | | | |
| | | | | | | | | | DR 1 | 13.50 | 3c | -$4.39 | |

| Totals: | 1 Loads | | | | | 146.3300 | 145.3057 |
|---|---|---|---|---|---|---|---|

| Ap | Contract | Date | Bushels | Price | Factor | Discount / Premium | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | S006263-01 | 10/12/2016 | 145.3057 | 9.01000 | | -1.0243 | -$4.39 | $1,304.81 | | |
| | | | | | 0.00 | 0.0000 | -$4.39 | | DR | DRYING CHARGE |
| | | | | | 0.00 | -1.0243 | $0.00 | | MO | MOISTURE |
| | | | 145.3057 | | | -1.0243 | -$4.39 | $1,304.81 | | |

Total Due:      $1,304.81

We Appreciate Your Business!