# EXHIBIT E



5500 Cenex Drive
Inver Grove Heights, MN
55077

March 28, 2017

Eric R. Gielow
Gielow Groom Terpstra & McEvoy
281 Seminole Road – 2nd Floor
Norton Shores, MI 49444

By Email: Eric@ggtmlaw.com
and U.S. Mail

Re:   **Soybeans subject to Seizure Order**

Dear Mr. Gielow,

    I am writing to you on behalf of CHS Inc. to propose that your client, Mr. Brink, purchase the entirety of the approximately 91,000 bushels of soybeans (the "**Soybeans**") stored in Bin #10 located at the CHS Inc. facility at 4760 E. Washington, Hamilton, MI (the "**CHS Facility**") that are the subject to that certain Seizure Order No. 17-TL66-2486 dated November 2, 2016 and issued by the Michigan Department of Agriculture and Rural Development.

    We are willing to sell all of the Soybeans, on an "as-is" basis, to your client priced at a -$0.30 basis against the May futures, so long as your client arranges for removal of the Soybeans from the CHS Facility no later than May 1, 2017.

    Please review this information with your client and contact Bob Fenton at 269-751-1001 no later than Monday, April 3, 2017 to arrange for the purchase of the Soybeans. We look forward to hearing from you.

Sincerely,

CHS Inc.

*Naomi A. Moore*

Naomi A. Moore
Senior Legal Counsel

Cc:    Bob Fenton (by email)
        Brad Deacon, Director, Office of Legal Affairs (by email and U.S. mail)